# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ,<br>    *Plaintiff*, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 21-CV-4388 |
| CITY OF LEHIGH COUNTY, *et al.*<br>    *Defendants*. | : <br> : | |

## ORDER

AND NOW, this 11th day of January, 2022, upon consideration of George Ivan Lopez's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. For the reasons discussed in the Court's Memorandum, Lopez's Complaint is **DISMISSED** in its entirety for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

    a. Lopez's claims seeking injunctive relief are **DISMISSED WITHOUT PREJUDICE** as barred by *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).

    b. Lopez's claims seeking money damages are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

    c. Lopez is not granted leave to file an amended complaint in this matter.[1]

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**

---

[1] The dismissal is without prejudice to Lopez reasserting any claim for habeas corpus relief in an appropriate petition filed pursuant to 28 U.S.C. § 2254. Lopez may file a new civil case for money damages only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.